# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RB FASHION & DESIGN INC., a California Corporation d/b/a BLUE FABRIC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLUE JAY BEACH, INC., a Delaware Corporation d/b/a BIRDY GREY; GRACE LEE, an Individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>BLUE JAY BEACH, INC., a Delaware Corporation d/b/a BIRDY GREY,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>COCOLOVE APPAREL, INC. and ROES 1-10, inclusive,<br><br>　　　　Third-Party Defendant. | Case No. 2:25-cv-2111-JFW (BFMx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

1  |  Having considered the papers, and finding that good cause exists, the Parties'
2  |  Stipulated Protective Order is **GRANTED**.
3
4  |      IT IS SO ORDERED.
5  |      DATED: 10/6/2025
6  |                             BRIANNA FULLER MIRCHEFF
                              UNITED STATES MAGISTRATE JUDGE

1
STIPULATED PROTECTIVE ORDER